**\*E-FILED:  November 6, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN TORRES CABRERA, | No. C12-04294 HRL |
| Plaintiff, | |
| v. | **ORDER VACATING NOVEMBER 6, 2012 INITIAL CASE MANAGEMENT CONFERENCE** |
| CHRISTOPHER HANBUM OH, | |
| Defendant. | |

Defense counsel having moved to withdraw as attorney of record on November 5, 2012, the case management conference set for November 6, 2012 is vacated.  The court will re-set the conference, as necessary, after the pending motion to withdraw is resolved.

SO ORDERED.

Dated: November 6, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1    5:12-cv-04294-HRL Notice has been electronically mailed to:

2    Milton Katz , Esq    miltonkatz@yahoo.com

3    Tomas Eduardo Margain    margainlaw@hotmail.com, brisa.velazquez.dbmlaw@gmail.com, crronan@gmail.com, huytran.dbmlaw@gmail.com, tm@wagedefenders.com

**United States District Court**

For the Northern District of California

2