*E-FILED: November 6, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN TORRES CABRERA,<br><br>    Plaintiff,<br><br>   v.<br><br>CHRISTOPHER HANBUM OH,<br><br>    Defendant.<br>_____/ | No. C12-04294 HRL<br><br>**ORDER VACATING NOVEMBER 6, 2012 INITIAL CASE MANAGEMENT CONFERENCE** |

Defense counsel having moved to withdraw as attorney of record on November 5, 2012, the case management conference set for November 6, 2012 is vacated. The court will re-set the conference, as necessary, after the pending motion to withdraw is resolved.

SO ORDERED.

Dated: November 6, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04294-HRL Notice has been electronically mailed to:

2  Milton Katz , Esq   miltonkatz@yahoo.com

3  Tomas Eduardo Margain   margainlaw@hotmail.com, brisa.velazquez.dbmlaw@gmail.com, crronan@gmail.com, huytran.dbmlaw@gmail.com, tm@wagedefenders.com

**United States District Court**
For the Northern District of California