IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JUAN TORRES CABREBA,

        Plaintiff(s),

v.

CHRISTOPHER HANBUM OH,

        Defendant(s).

                                        /

CASE NO. 5:12-cv-04294 EJD

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

In light of the pending Motion for Default Judgment (see Docket Item No. 34), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for July 19, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated: July 11, 2013

                                              EDWARD J. DAVILA
                                              United States District Judge