IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN TORRES CABREBA, | CASE NO. 5:12-cv-04294 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CHRISTOPHER HANBUM OH, | |
| Defendant(s). | |

In light of the pending Motion for Default Judgment (see Docket Item No. 34), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for July 19, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated:  July 11, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-04294 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE